**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 18, 2023

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

**Re:  *United States v. Ashley Arias*, 22 Cr. 443 (RA)**

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 18, 2023

Dear Judge Abrams:

I write to respectfully request that the Court permit Ashley Arias to travel to San Jose, California, from April 28 to May 15, 2023. The purpose of her trip is to visit family. Pretrial Services consents to this request. The Government takes no position.

As the Court knows, Ms. Arias is charged with membership in a narcotics conspiracy and is currently participating in the Young Adult Opportunity Program. She is released on a set of bond conditions including, as relevant, travel restrictions. She has been compliant with her bond conditions since her release.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Kevin Mead, Esq.
      Dayshawn Bostic, Pretrial Services