**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 5, 2023

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

Re:  *United States v. Ashley Arias*, 22 Cr. 443 (RA)

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 5, 2023

Dear Judge Abrams:

I wrote previously requesting that the Court permit Ashley Arias to travel to San Jose, California, from June 9 to 13, 2023. ECF No. 34. I write now to request that the Court instead authorize the trip from June 16 to 19, 2023. Tickets have gotten too expensive for Ms. Arias's family to travel this weekend, and so they intend to travel the following weekend instead. As with the prior request, Pretrial Services consents and the Government takes no position.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Kevin Mead, Esq.
      Dayshawn Bostic, Pretrial Services