**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 2, 2024

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

Application granted.

SO ORDERED.

/s/ Ronnie Abrams

Ronnie Abrams, U.S.D.J.
January 2, 2024

**Re:   *United States v. Ashley Arias*, 22 Cr. 443 (RA)**

Dear Judge Abrams:

I write to respectfully request that the Court permit Ashley Arias to travel to Las Vegas, Nevada, from January 14 to 19, 2024. The purpose of her trip is to participate in a family vacation—Ms. Arias was gifted her tickets for Christmas by family members. Pretrial Services and the Government take no position on this request.

As the Court knows, Ms. Arias is charged with membership in a narcotics conspiracy and is currently participating in the Young Adult Opportunity Program. She is released on a set of bond conditions including, as relevant, travel restrictions. She has been compliant with her bond conditions since her release.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Kevin Mead, Esq.
        Dayshawn Bostic, Pretrial Services