UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ASHLEY ARIAS,<br><br>Defendant. | No. 22 CR-443 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

In light of Ashley Arias' continued participation in the Young Adult Opportunity Program, time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) to October 4, 2024.

SO ORDERED.

Dated:   April 4, 2024
         New York, New York

Ronnie Abrams
United States District Judge