**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

June 11, 2024

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

**Re:  *United States v. Ashley Arias*, 22 Cr. 443 (RA)**

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 12, 2024

Dear Judge Abrams:

I write to respectfully request that the Court permit Ashley Arias to travel to California from June 27 to July 4, 2024. The purpose of her trip is to celebrate her birthday with her boyfriend, including by attending a soccer game. Pretrial Services and the Government both consent to this request.

As the Court knows, Ms. Arias is charged with membership in a narcotics conspiracy and has participated in the Young Adult Opportunity Program. She is released on a set of bond conditions including, as relevant, travel restrictions. She has been compliant with her bond conditions since her release.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Kevin Mead, Esq.
      Dayshawn Bostic, Pretrial Services