UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

22-CR-00443 (RA)

-against-

**ORDER**

ASHLEY ARIAS,

Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    A plea hearing is scheduled for February 6, 2025, at 3:30 p.m in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York before Magistrate Judge Sarah Netburn.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 30, 2025
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025