UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ASHLEY ARIAS,<br><br>                    Defendant. | No. 22-CR-443 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that the defendant shall appear for sentencing on May 20, 2025, at 11:00 a.m. in Courtroom 1506, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. In accordance with the Court's Individual Rules and Practices in Criminal Cases, defendant's sentencing submission shall be filed on ECF no later than two weeks in advance of the sentencing and the Government's sentencing submission shall be filed on ECF no later than one week in advance of the sentencing.

SO ORDERED.

Dated:   February 7, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge