**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 18, 2025

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

Application granted.

SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
February 18, 2025

**Re:** *United States v. Ashley Arias*, **22 Cr. 443 (RA)**

Dear Judge Abrams:

I write to respectfully request that the Court permit Ashley Arias to travel to Pereira, Colombia, from March 4 to 19, 2025. I also request that the Court permit her to retrieve her U.S. and Colombian passports from Pretrial Services for the duration of that trip, returning them immediately upon her arrival back in the United States. The purpose of the trip is for Ms. Arias, along with other members of her family, to help care for her maternal grandmother who is very sick and who is undergoing heart surgery on March 6. Pretrial Services has no objection to this request; the Government takes no position.

As the Court knows, Ms. Arias has completed the Young Adult Opportunity Program, pled guilty to a narcotics offense, and is scheduled for sentencing on May 20. She is released on a set of bond conditions including, as relevant, travel restrictions. She has been compliant with her bond conditions since her release.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Kevin Mead, Esq.
Dominique Jackson, Pretrial Services