**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

February 21, 2025

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 21, 2025

**Re:  *United States v. Ashley Arias*, 22 Cr. 443 (RA)**

Dear Judge Abrams:

I write to respectfully request that the Court permit Ashley Arias to obtain her passports from Pretrial Services on February 28, 2025, in advance of her March 4 trip to Colombia, which this Court has approved. *See* ECF 50. Both Pretrial Services and the Government consent to this request. Ms. Arias needs to renew her U.S. passport in advance of her trip and has a February 28 appointment to do so. If this request is approved, she will maintain control of her passports until after her trip, when she will return them promptly to Pretrial.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Kevin Mead, Esq.
Dominique Jackson, Pretrial Services