# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 29, 2025

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

**Re:  *United States v. Ashley Arias*, 22 Cr. 443 (RA)**

Dear Judge Abrams:

Application granted.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
December 30, 2025

I write to respectfully request that the Court permit Ashley Arias to travel to Pereira, Colombia, from December 31, 2025, to January 24, 2026. The purpose of the trip is for Ms. Arias, along with other members of her family, to help care for her maternal grandmother who is in poor health and is once again in the hospital. U.S. Probation has no objection to this request; the Government takes no position.

As the Court knows, on May 22, 2025, Ms. Arias was sentenced to three years' supervised release with four months' home confinement following her guilty plea to a narcotics offense and her completion of the Young Adult Opportunity Program. She is compliant with all supervision conditions, including having completed location monitoring and community service.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Kevin Mead, Esq.
     Afonso Fernandes, U.S. Probation