# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 29, 2026

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

**Re:  *United States v. Ashley Arias*, 22 Cr. 443 (RA)**

Dear Judge Abrams:

I write to withdraw the travel request at ECF 66. I filed it unaware that Ms. Arias's case has been transferred to the District of New Jersey. I apologize for the errant filing.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

The letter motion at Doc# 66 is withdrawn.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 29, 2026